Barry E. Hinkle, Bar No. 071223
Kristina L. Hilman, Bar No. 208599
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, California  94501-1091
(510) 337-1001

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.

Plaintiff(s)

v.

NEWCON CONCRETE CONSTRUCTION, INC., et al.

Defendant(s)

CASE NUMBER: C-05-02283 PJH

**SUBSTITUTION OF ATTORNEY**

Gil Crosthwaite, (see attachment 1)     [X] Plaintiff   [ ] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes  Weinberg, Roger & Rosenfeld, A Professional Corporation  who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   1001 Marina Village Parkway, #200
                                                                  *Street Address*

Alameda, California  94501    (510) 337-1001    (510) 337-1023    071223-Barry Hinkle
*City, State, Zip Code*        *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Tracy L. Mainguy
                                                 *Present Attorney*

Dated: September 29, 2005            /s/
                                     *Signature of Party*
                                     Wayne McBride for Operating Engineers

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: September 29, 2005            /s/
                                     *Signature of Present Attorney*
                                     Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: September 29, 2005            /s/
                                     *Signature of New Attorney*
                                     Joye Blanscett

**Substitution of Attorney is hereby**   [X] Approved.   [ ] Denied.

Dated: 10/18/05

**United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form **G-76** to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov**.

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                 G01

Attachment 1 to Substitution of Attorney
Gil Crosthwaite, et al. v. Newcon Concrete Construction, et al.
U.S.D.C. Northern District of California, Case No. C 05 02283 PJH

Attorneys:

BARRY E. HINKLE, Bar No. 071223
KRISTINA HILLMAN, Bar No. 208599
JOYE BLANSCETT, Bar No. 191242
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Fax: (510) 337-1023

* * *

Name of Parties:

GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,

Plaintiffs.

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of ALAMEDA, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 30, 2005, I served upon the following parties in this action:

| | |
|---|---|
| International Business & Mercantile Reassurance Company<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 | Stephen D. Pahl<br>Pahl & Gosselin<br>160 W. Santa Clara Street, 14th Floor<br>San Jose, CA 95113-1700 |

copies of the document(s) described as:

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on September 30, 2005.

/s/
Jilala Foley

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001