STEWART WEINBERG
MICHAEL B. ROGER
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
SHIRLEY LEE
M. SUZANNE MURPHY
NICOLE M. PHILLIPS
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA

EMILY P. RICH
LORI K. AQUINO ••
ANNE I. YEN
BROOKE D. PIERMAN •••
JOYE BLANSCETT•••
JESSICA S. CHRISTENSEN
BRUCE A. HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENCER

PATRICIA M. GATES, Of Counsel
PENELOPE S. PAHL Of Counsel
ROBERTA D. PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada

# WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

October 28, 2005

Hon. Phyllis J. Hamilton
United States District Court, Northern District
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re: *Crosthwaite v. Newcon Concrete Construction*,
USDC Case No. C 05-02283 PJH
Request for Continuance of Case Management Conference

Dear Judge Hamilton:

Plaintiffs hereby request a continuance of the Case Management Conference in the above-referenced action. As previously set forth in Plaintiff's Case Management Conference Statement filed on or about September 29, 2005, Plaintiffs and Defendants have reached a settlement.

Pursuant to the settlement agreement, if Defendants did not pay the amounts agreed upon to the Trust Funds by October 11, 2005, Plaintiffs would seek entry of judgment based on the settlement agreement. Defendants have not paid the full amount and Plaintiffs are in the process or preparing their ex-parte motion for entry of judgment. We anticipate that it will be filed before November 11, 2005.

As Defendants have not answered or otherwise appeared in this case, Plaintiffs request that this Court continue the Case Management Conference, presently set for November 3, 2005, until December 1, 2005 at 2:30 p.m. by which time, Plaintiffs' Motion for Entry of Judgment will be on file with the Court.

Thank you for your consideration of the above.

Sincerely,
/s/

Joye Blanscett

JB/jhf
opeiu 3 afl-cio(1)
cc: Newcon Concrete Construction
111281/400850

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

PASADENA OFFICE
301 North Lake Avenue, Suite 310
Pasadena, CA 91101-5122
TEL 626.795.8232 FAX 626.795.8686

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881