BARRY E. HINKLE, Bar No. 071223
KRISTINA HILLMAN, Bar No. 208599
JOYE BLANSCETT, Bar No. 191242
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marin Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>NEWCON CONCRETE CONSTRUCTION, INC., a California Corporation; MIKE HANSEN, individual; AND INTERNATIONAL BUSINESS & MERCANTILE REASSURANCE COMPANY, an Illinois Corporation.<br><br>Defendants. | No.   C 05-02283 PJH<br><br>PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [P~~ROPOSED~~] ORDER THEREON<br><br>Date:       December 2, 2005<br>Time:       2:30 p.m.<br>Courtroom:  3, 17th floor |

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No.  C 05-02283 PJH

Plaintiffs, by and through their attorney of records, hereby respectfully submit this Case Management Conference Statement and request that the Case Management Conference scheduled for December 2, 2005 be continued for thirty (30) days.  Defendants have not appeared in this action and so a joint statement could not be submitted.

## I.   DESCRIPTION OF THE CASE

Plaintiffs are Trustees representing employee benefit plans created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186) and multi-employer employee benefit plans within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).

This is a case in which Defendant, NEWCON CONCRETE CONSTRUCTION, INC., a California Corporation, and MIKE HANSEN, who is a principal and owner of NEWCON CONCRETE CONSTRUCTION, INC., (collectively "Defendants NewCon") are allegedly signatory to a collective bargaining agreement with Operating Engineers Local Union No. 3 ("Union") and submitted to an audit of its books and records by the Plaintiffs referenced in the caption above ("Plaintiffs" or "Trust Funds").  The purpose of the audit was to determine whether Defendants NewCon paid all fringe benefit contributions that it owed to the Trust Funds for the time period December 2004 to February 2005 pursuant to its alleged collective bargaining agreement with the Union.

The Trust Funds allege that the Defendants NewCon failed and refused to pay the following:

(1) $47,114.40 allegedly owed to the Trust Funds for unpaid principal contributions and (2) $42,542.09 allegedly owed for liquidated damages and interest relating to the unpaid contributions, for a total amount of $89,656.49.  Plaintiffs seek entry of a judgment against the Defendants wherein Defendants are ordered to pay the amounts that the audit revealed are owed.

Plaintiff's have also brought an action for enforcement of a contractors bond claim against International Business & Mercantile Reassurance Company, an Illinois Corporation ("Surety") for

- 2 -

PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No.  C 05-02283 PJH

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

1  payment to the Trust Funds of NewCon's bond in the amount of $4,000.  Surety has filed an action in interpleader regarding said bond in the Stanislaus Superior Court for the State of California, Case No. 372356.

## II. **PLAINTIFFS ARE SEEKING ENTRY OF JUDGMENT AGAINST DEFENDANTS**

Defendants NewCon have not filed an answer or otherwise responded to the complaint which was served on June 9, 2005, and for which proof of service was filed before this Court with the Summons on June 15, 2005.  However, Plaintiffs and Defendants NewCon have engaged in settlement discussions and reached a settlement which has been reduced to writing.

Pursuant to the settlement agreement, if Defendants NewCon did not pay the amounts agreed upon to the Trust Funds by October 11, 2005, Plaintiffs are entitled to seek entry of judgment in the amount of $89,656.49 by ex parte motion and without a hearing.  Defendants NewCon did not pay said amounts and Plaintiffs are filing concurrent herewith a motion for entry of judgment based on the settlement agreement.

Plaintiffs anticipate that they will dismiss the Surety in light of the interpleader action.

## **CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff requests that the Court continue the case management conference set for December 2, 2005 for at least 30 days in order for Plaintiffs' Motion for Entry of Judgment to be heard.

Dated: November 23, 2005

WEINBERG, ROGER & ROSENFELD

A Professional Corporation

By:  _____/s/_____
    JOYE BLANSCETT
    Attorneys for Plaintiffs

## **ORDER**

IT IS SO ORDERED that the Case Management Conference set for December 2, 2005, at

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 3 -

PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No.  C 05-02283 PJH

1  2:30 p.m. is continued until _____January 12, 2006 at 2:30_____ and that parties are ordered to submit a

2  joint case management statement seven (7) days in advance of said conference.

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATEMENT DISTRICT JUDGE

111281/403355

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 4 -

PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No.  C 05-02283 PJH

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of ALAMEDA, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On November 23, 2005, I served upon the following parties in this action:

| | |
|---|---|
| International Business & Mercantile Reassurance Company<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA  95833 | Stephen D. Pahl<br>Pahl & Gosselin<br>160 W. Santa Clara Street, 14th Floor<br>San Jose, CA  95113-1700 |

copies of the document(s) described as:

**PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON**

[X]   **BY MAIL**   I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**   I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**   I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**   I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on November 23, 2005.

                    /s/
                  Jilala Foley

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 6 -

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

PLAINTIFF'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR
CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No.  C 05-02283 PJH