UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE. et al.

      Plaintiffs,                                     No. C 05-2283 PJH

    v.                                         **ORDER**

NEWCON CONCRETE CONSTRUCTION, INC., et al.,

      Defendants.

_____/

      On November 23, 2005, plaintiffs filed a motion for entry of judgment against defendants Newcon Concrete Construction, Inc., and Mike Hansen. Defendants filed no opposition to the motion. On January 4, 2006, the court contacted plaintiffs' counsel Joye Blanscett to request that plaintiffs submit a proposed form of judgment. To date, the court has not received the proposed form of judgment.

      Plaintiffs are hereby ORDERED to either submit the proposed form of judgment, or file a notice of withdrawal of the motion for entry of judgment.

**IT IS SO ORDERED.**

Dated: January 13, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge