1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA HILLMAN, Bar No. 208599
2  JOYE BLANSCETT, Bar No. 191242
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marin Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE,<br><br>      Plaintiff,<br><br>  v.<br><br>NEWCON CONCRETE CONSTRUCTION, INC., a California Corporation; MIKE HANSEN, individual; AND INTERNATIONAL BUSINESS & MERCANTILE REASSURANCE COMPANY, an Illinois Corporation.<br><br>      Defendants. | No.   C 05-02283 PJH<br><br>**[PROPOSED] ORDER FOR JUDGMENT AGAINST DEFENDANTS NEWCON CONCRETE CONSTRUCTION, INC. AND MIKE HANSEN** |

1  This matter having come before Magistrate Judge Howard R. Lloyd, and having considered
2  all relevant papers in the court's file, and good cause appearing therefore;
3  IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Judgment Against
4  Defendants Newcon Concrete Construction, Inc. and Mike Hansen.
5  IT IS FURTHER ORDERED that judgment in the amount $89,656.49 be entered against
6  Defendants Newcon Concrete Construction Inc. and Mike Hansen.
7  IT IS FURTHER ORDERED that this Court shall retain and enforce the remaining terms of
8  the settlement agreement

Dated:  1/19/06   _____

HONORABLE _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

111281/405698

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 2 -

[PROPOSED] ORDER FOR JUDGMENT AGAINST DEFENDANTS NEWCON CONCRETE CONSTRUCTION, INC. AND MIKE HANSEN
Case No.  C 05-02283 PJH

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of ALAMEDA, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On December 19, 2005, I served upon the following parties in this action:

| | |
|---|---|
| International Business & Mercantile Reassurance Company 2730 Gateway Oaks Drive, Suite 100 Sacramento, CA  95833 | Stephen D. Pahl Pahl & Gosselin 160 W. Santa Clara Street, 14th Floor San Jose, CA  95113-1700 |

copies of the document(s) described as:

**[PROPOSED] ORDER FOR JUDGMENT AGAINST DEFENDANTS NEWCON CONCRETE CONSTRUCTION, INC. AND MIKE HANSEN**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on December 19, 2005.

/s/
Jilala Foley

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 3 -

[PROPOSED] ORDER FOR JUDGMENT AGAINST DEFENDANTS NEWCON CONCRETE CONSTRUCTION, INC. AND MIKE HANSEN
Case No.  C 05-02283 PJH